**650**

**Leah EMMANS, Relator,**

v.

**WEST PUBLISHING CORPORATION, et al., Respondents.**

No. C8–99–1734.

Supreme Court of Minnesota.

Dec. 29, 1999.

Thomas Mottaz, David Kempston, Anoka, for relator.

Jerry Vancleave, Bloomington, for respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 21, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
<u>Russell A. Anderson</u>
Russell A. Anderson
Associate Justice